IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEVON BAY, JOHN BURKS, DANIEL
ESPINOSA, CRAIG FITZGERALD,
JOEL MASON, and DAVID RICE,

    Plaintiffs,

v.   No. 1:21-cv-00885-KWR-SCY

TIM KELLER, et al.,

    Defendants.

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO EXTEND PAGE LIMITS

**THIS MATTER** having come before the Court upon the Plaintiffs' *Unopposed Motion to Extend Page Limits* (**Doc. 53**) requesting leave to extend the allowable page limits set forth in D.N.M.LR-Civ. 7.5 for the Reply in support of the Motion for Partial Summary Judgment, filed Mar. 24, 2022 (**Doc. 42**), and the Court being fully advised in the premises, **FINDS** that good cause exists to **GRANT** the motion.

**IT THEREFORE ORDERED** that the Plaintiffs may submit an additional twelve (12) pages in excess of the pages permitted by D.N.M.LR-7.5, or a total of twenty-four (24) pages, for the Reply.

**IT IS SO ORDERED.**

                                                  **KEA W. RIGGS**
                                                  **UNITED STATES DISTRICT JUDGE**

**SUBMITTED BY:**

KENNEDY, HERNANDEZ & ASSOCIATES, P.C.

*/s/Elizabeth A. Harrison*
Paul J. Kennedy
Jessica M. Hernandez
Elizabeth A. Harrison
Henry A. Jones
201 Twelfth Street Northwest
Albuquerque, New Mexico 87102
(505) 842-8662

*Attorneys for the Plaintiffs*

**APPROVED BY:**

CITY OF ALBUQUERQUE
OFFICE OF THE CITY ATTORNEY

*approved via email on 5/13/2022*
Stephanie M. Griffin
P.O. Box 2248
Albuquerque, New Mexico 87103
(505) 768-4500

*Attorney for Defendants*