IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DEVON BAY et. al. ,

    Plaintiffs,

v.   No. 1:21-cv-00885-KWR-SCY

TIM KELLER et. al.,

    Defendants.

## ORDER DISMISSING PLAINTIFFS' AMENDED COMPLAINT [DOC. 22] AGAINST THE CITY OF ALBUQUERQUE WITH PREJUDICE

**THIS MATTER** having come before the Court on the parties' Joint Motion to Dismiss Plaintiffs' Amended Complaint [Doc. 22] against the City of Albuquerque, and the Court being fully advised in the premises, **FINDS** that good cause exists for the entry of an order dismissing the Amended Complaint with prejudice against the City of Albuquerque based upon the agreement of the parties.

**THEREFORE IT IS ORDERED, ADJUDGED AND DECREED:**

Plaintiffs' claims set forth in the Amended Complaint against the City of Albuquerque are **DISMISSED WITH PREJUDICE** and that all parties will bear their own costs and fees incurred to date.

**IT IS SO ORDERED.**

_____
**KEA W. RIGGS**
**UNITED STATES DISTRICT JUDGE**

2

**SUBMITTED AND APPROVED BY:**

CITY OF ALBUQUERQUE
OFFICE OF THE CITY ATTORNEY

/s/ Stephanie M. Griffin, Deputy City Attorney
P.O. Box 2248
Albuquerque, NM  87103
(505) 768-4500
sgriffin@cabq.gov

*Attorney for Defendants*

**APPROVED BY:**

Approved via email on 4/13/2013
Paul J. Kennedy
Jessica M. Hernandez
Elizabeth Harrison
KENNEDY, HERNANDEZ & HARRISON, P.C.
201 Twelfth Street Northwest
Albuquerque, New Mexico 87102
Phone: (505) 842-8662
pkennedy@kennedyhernandez.com
jhernandez@kennedyhernandez.com
eharrison@kennedyhernandez.com

*Attorneys for the Plaintiffs*